UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 9:18-cv-80024 (Middlebrooks/Brannon)

RYAN SHINN,

    Plaintiff,

v.

PALM BEACH CREDIT ADJUSTERS,
INC. d/b/a FOCUS FINANCIAL
SERVICES

    Defendant.
_____/

**DEFENDANT, PALM BEACH CREDIT ADJUSTERS, INC.'S,
UNOPPOSED REQUEST TO MODIFY TRIAL DATE**

COMES NOW the defendant, PALM BEACH CREDIT ADJUSTERS, INC. d/b/a FOCUS FINANCIAL SERVICES, by and through its undersigned counsel, and hereby files this Unopposed Request to Modify Trial Date, stating:

1. On February 5, 2018, this Court sua sponte entered its Order Referring Case and Setting Trial Date **[DE 9]**, setting trial in the above-captioned matter during the two-week trial period commencing September 17, 2018.

2. In its Order **[DE 9]**, the Court stated that "any request to modify the above-set trial date must be made within 10 days of this order," and that the Court would consider "a prompt motion to modify trial date for good cause shown by a party joined in the litigation after the Scheduling Order has been entered." The Pretrial Scheduling Order **[DE 10]** was entered the same date as the Court's Order **[DE 9]**, on February 5, 2018.

3. Defendant requests that the Court modify its Order **[DE 9]** and set the trial of this matter for the two-week trial period commencing May 6, 2019. A May 2019 trial date would align with the schedule originally contemplated by the parties during their Rule 26(f) scheduling conference prior to issuance of the Court's Order **[DE 9]**.

4. The current trial date of September 17, 2018 immediately precedes the one-month trial period scheduled for a TCPA class action in the Middle District of Florida, *Goins v. Palmer Recovery Attorneys, et al.*, Case No. 6:17-cv-654-Orl-31KRS (M.D. Fla.) (Presnell, J.), in which the undersigned serves as lead defense counsel.

5. In addition to trial of the TCPA class action in *Goins*, undersigned counsel currently serves as lead trial counsel in four other federal cases set for trial between October 2018 and April 2019: *Bechet v. Focus Fin. Servs.*, Case No. 17-62277-Civ (S.D. Fla.) (Dimitrouleas, J.); *Fares v. Gulf Coast Collection Bureau, Inc.*, Case No. 8:17-cv-02357 (M.D. Fla.) (Scriven, J.); *Rhoda v. Gulf Coast Collection Bureau, Inc.*, Case No. 8:17-cv-02153 (M.D. Fla. (Honeywell, J.); *Babcock v. Quest Diagnostics, Inc., et al.*, Case No. 8:17-cv-2384-T-27 (M.D. Fla.) (Whittemore, J.).

6. Resetting the trial date in the above-captioned matter would provide undersigned counsel additional time to prepare for trial in this case, as well as the trials scheduled in the pending class action and other matters. In addition to serving the best interests of Defendant, the new date would also benefit Plaintiff by providing additional time for trial preparation.

WHEREFORE, the defendant, PALM BEACH CREDIT ADJUSTERS, INC., hereby requests that the Court GRANT its request to reset the trial date in this matter to the two-week trial period beginning May 6, 2019.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.01(a)(3), undersigned counsel conferred with counsel for Plaintiff on February 15, 2018, who advised that he DOES NOT OPPOSE the relief requested herein.

Dated this **15th day of February, 2019.**

                                    Respectfully submitted,

                                    */s/ Ernest H. Kohlmyer, III*
                                    Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **February 15, 2018,** via the Clerk of Court's CM/ECF system which will provide electronic notice to the following attorney of record:  Jibrael S. Hindi, Esquire of the Law Offices of Jibrael Hindi, Esq. at jibrael@jibraellaw.com *(Attorneys for Plaintiff)*.

                                    */s/ Ernest H. Kohlmyer, III*
                                    Ernest H. Kohlmyer, III
                                    Florida Bar No.: 110108
                                    skohlmyer@Shepardfirm.com
                                    Mary Grace Dyleski
                                    Florida Bar No.: 0143383
                                    mdyleski@shepardfirm.com
                                    Rachel M. Ortiz
                                    Florida Bar No. 083842
                                    rortiz@shepardfirm.com
                                    Shepard, Smith, Kohlmyer & Hand, P.A.
                                    2300 Maitland Center Parkway, Suite 100
                                    Maitland, FL  32751
                                    Phone: (407) 622-1772
                                    Fax: (407) 622-1884
                                    *Attorneys for Defendant*